UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

vs.

THEODORE WRIGHT

Criminal No. 03-11

Order of Reassignment

It is on this 17th day of April, 2008

O R D E R E D that the entitled action is reassigned from

JUDGE WILLIAM G. BASSLER TO JUDGE FAITH S. HOCHBERG.

S/ Garrett E. Brown, Jr.
GARRETT E. BROWN, JR. CHIEF JUDGE
UNITED STATES DISTRICT COURT