# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA      :

     :

     :      **CRIMINAL NO. 03-11 (FSH)**

     :

     v.      :

     :      **ORDER APPOINTING COUNSEL**

     :

THEODORE WRIGHT      :

This matter having been opened to the Court upon the request of Defendant Theodore Wright, through the Office of the Federal Public Defender (Louise Arkel, appearing), for an Order by the Court appointing counsel in Mr. Wright's 18 U.S.C. § 3582(c) proceedings; and,

this Court having considered the request; and,

after good cause shown;

It is hereby Ordered on this    8th    day of July, 2008 that the Office of the Federal Public Defender (Louise Arkel, appearing) is appointed to represent Theodore Wright in this matter.

_____
HONORABLE FAITH S. HOCHBERG
United States District Court Judge