PROB 35                                        Report and Order Terminating Probation/
(Rev. 4/81)                            Supervised Release Prior to Original Expiration Date

# United States District Court

## For The
## District of New Jersey

UNITED STATES OF AMERICA

v.                                        Crim. No.    2:03CR0011-01

THEODORE WRIGHT

On May 21, 2003, the above named was sentenced to the custody of the Bureau of Prisons for a term of one-hundred and forty (140) months followed by a five (5) year term of supervised release. The supervised releasee has complied with the rules and regulations of supervision and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

United States Probation Officer
Patrick T. Hattersley

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer be discharged from supervised release and that the proceedings in the case be terminated.

Dated this 9th day of February, 2012.

United States District Judge